| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER<br>3104748776 | FOR COURT USE ONLY |
|---|---|---|
| Woolf Gafni & Fowler LLP<br>10850 Wilshire Blvd. Ste 510<br>Los Angeles CA 90024<br>ATTORNEY FOR   Plaintiff | Ref. No. or File No.<br>Tylor v. Vezner | |

| UNITED STATES DISTRICT COURT - EASTERN DISTRICT, SACRAMENTO<br>501 I St<br>Sacramento, CA 95814 |
|---|

| SHORT TITLE OF CASE:<br>TYLOR, VINCENT KHOURY  v. Vezer Family Vineyard, LLC dba VEZER FAMILY VINEYARD |
|---|

| INVOICE NO.<br>964882 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>2:14CV-00754-MCE-AC |
|---|---|---|---|---|

United States District Court
Declaration of Service

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ. P 4(c) and that I served the:

Summons In A Civil Action; Complaint for Copyright Infringement and Demand for Jury Trial ; Civil Cover Sheet; Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions ; Order Requiring Joint Status Report; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright ;

VEZER FAMILY VINEYARD, LLC dba VEZER FAMILY VINEYARD


At: 2526 MANKAS CORNER ROAD
    FAIRFIELD, CA 94534


I served the party by substituted service. By leaving copies with:

Barbara Allen
Whose title is: Office Manager

On: 4/4/2014                          At: 08:15 AM

A declaration of mailing is attached



Person who served papers
   a. Name: Gina Silva
   b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709
   c. Telephone number: 909-664-9565
   d. The fee for this service was: 79.00
   e. I am:
   (3) [X] a registered CA process server:
        (i) [X] Independent Contractor
        (ii) Registration No.: 395

CONTINUED ON NEXT PAGE

Declaration of Service

| PLAINTIFF/PETITIONER: VINCENT KHOURY TYLOR | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Vezer Family Vineyard, LLC dba VEZER FAMILY VI | 2:14CV-00754-MCE-AC |

(iii) County: Solano

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

4/9/2014

Gina Silva

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-23-14           > *Gina Silva* (signature)

**Declaration of Service**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER<br>3104748776 | FOR COURT USE ONLY |
|---|---|---|
| Woolf Gafni & Fowler LLP<br>10850 Wilshire Blvd. Ste 510<br>Los Angeles CA 90024<br>ATTORNEY FOR    Plaintiff | Ref. No. or File No.<br>Tylor v. Vezner | |
| UNITED STATES DISTRICT COURT - EASTERN DISTRICT, SACRAMENTO<br>501 I St<br>Sacramento, CA 95814 | | |
| SHORT TITLE OF CASE:<br>TYLOR, VINCENT KHOURY  v. Vezer Family Vineyard, LLC dba VEZER FAMILY VINEYARD | | |

| INVOICE NO.<br>964882 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>2:14CV-00754-MCE-AC |
|---|---|---|---|---|

United States District Court
Declaration of Service by Mail

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On 04/07/2014, I served the within:

Summons In A Civil Action; Complaint for Copyright Infringement and Demand for Jury Trial ; Civil Cover Sheet; Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions ; Order Requiring Joint Status Report; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright ;

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: Chino Hills, California, addressed as follows:

VEZER FAMILY VINEYARD, LLC dba VEZER FAMILY VINEYARD
2526 MANKAS CORNER ROAD
FAIRFIELD, CA 94534

Declarant:
  a. Name: Patricia Gonzalez
  b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709
  c. Telephone number: 909-664-9565
  d. The fee for this service was: 79.00
  e. I am:
    (3) [X] a registered California process server:
        (i) [X] Employee
        (ii) Registration No.: 1086
        (iii) County: San Bernardino

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

4/9/2014

Patricia Gonzalez                                                                            >   *Patricia Gonzalez* (signature)

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-23-14

Declaration of Service by Mail