ADAM I. GAFNI (CA Bar # 230045)
WOOLF GAFNI & CIRLIN LLP
10850 Wilshire Blvd, Suite 510
Los Angeles, California 90024
Tel:  310-474-8776
Fax:  310-919-3037
Email: adam.gafni@wgclawyers.com

Attorney for Plaintiff,
VINCENT KHOURY TYLOR

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT KHOURY TYLOR,<br><br>                    Plaintiff,<br><br>          vs.<br><br><br>VEZER FAMILY VINEYARD, LLC<br>dba VEZER FAMILY VINEYARD<br>AND DOES 1 THROUGH 20<br><br>                    Defendants. | Case No. 2:14-cv-00754-MCE-AC<br><br>[Assigned to the Hon. Morrison C. England, Jr.]<br><br>**ORDER RE: STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

///

///

///

///

**Order RE Stipulation for Dismissal**          **2:14-cv-00754-MCE-AC**

## ORDER

The Court, having read and considered the signed Stipulation for Dismissal filed by Plaintiff VINCENT KHOURY TYLOR and Defendant VEZER FAMILY VINEYARD, LLC dba VEZER FAMILY VINEYARD (ECF No. 16), hereby orders this entire action DISMISSED with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated:  May 13, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**Order RE Stipulation for Dismissal**          **2:14-cv-00754-MCE-AC**